# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal Number: 3:19CR85** |
| | ) | **Hon. John A. Gibney, Jr.** |
| **ZAHIDA AMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

COMES NOW the defendant, Zahida Aman, by counsel, and hereby notes her appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered on the criminal docket in this case on January 24, 2023.

                                                                          Respectfully submitted,
                                                                          ZAHIDA AMAN
                                                                          By:            /s/

                                                                               Counsel

Nia Ayanna Vidal, Esq.
Va. Bar # 48871
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA  23219
(804) 565-0875
(804) 648-5033 (fax)
Nia_Vidal@fd.org